# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Debra, Poplin | 2. Court or Organization<br><br>District Court, Eastern Tennessee | 3. Date of Report<br><br>04/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | City of Knoxville Pension Fund; pension upon retirement age 62 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debra, Poplin | 04/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed auto reconditioning |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debra, Poplin | 04/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Debra, Poplin** | 04/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Suntrust (business checking) | | None | L | T | | | | | |
| 2. ROTH IRA Ameriprsie Financial | | | | | | | | | |
| 3. - Growth Fund of America (AGTHX) | A | Int./Div. | J | T | | | | | |
| 4. Traditional IRA #1 | | | | | | | | | |
| 5. - Columbia Strategic Income (LSIZX) | A | Int./Div. | J | T | | | | | |
| 6. - PIMCO Income Fund (PONPX) | A | Int./Div. | J | T | | | | | |
| 7. - Columbia floating rate (CFRZX) | A | Int./Div. | J | T | | | | | |
| 8. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 9. - Deleware Small Cap (DCCIX) | A | Dividend | J | T | | | | | |
| 10. - Lord Abbett Short Duration (LDLFX) | A | Int./Div. | K | T | | | | | |
| 11. - Vanguard Mid Cap (VO) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 12. - iShares MSCI EAFE (EFA) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 13. - Vanguard Growth ETF (VUG) | A | Int./Div. | K | T | Buy | 01/15/19 | K | | |
| 14. - Vanguard Value ETF (VTV) | A | Int./Div. | K | T | Buy | 01/15/19 | K | | |
| 15. - Vanguard Small Cap (VB) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 16. - PGIM Short Term Corporate Bond<br>(PIFZX) | A | Int./Div. | J | T | | | | | |
| 17. Traditional IRA #2 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Debra, Poplin** | 04/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Columbia Strategic Income (LSIZX) | A | Int./Div. | J | T | | | | | |
| 19. - PIMCO Income fund (PONPX) | A | Int./Div. | J | T | | | | | |
| 20. - Columbia floating rate (CFRZX) | A | Int./Div. | J | T | | | | | |
| 21. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 22. - Deleware Small Cap (DCCIX) | A | Int./Div. | J | T | | | | | |
| 23. - Lord Abbett Short Duration (LDLFX) | A | Int./Div. | J | T | | | | | |
| 24. - Vanguard Mid Cap (VO) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 25. - iShares MSCI EAFE (EFA) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 26. - Vanguard Growth ETF (VUG) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 27. - Vanguard Value ETF (VTV) | A | Int./Div. | K | T | Buy | 01/15/19 | K | | |
| 28. - Vanguard Small Cap (VB) | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 29. - PGIM Short Term Corporate Bond (PIFZX) | A | Int./Div. | J | T | | | | | |
| 30. At Fund 529 Plan Ameriprise financial #1 | | | | | | | | | |
| 31. - Growth Fund of america (CGFAX) | A | Int./Div. | K | T | | | | | |
| 32. - Washington Mutual Invest 529 A (CWMAX) | A | Int./Div. | K | T | | | | | |
| 33. At Fund 529 Plan Ameriprie Financial #2 | | | | | | | | | |
| 34. - Capital World Growth Income (CWIAX) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Debra, Poplin** | 04/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    SPS NQ account (X) | | | | | | | | | |
| 36.    - Columbia Balanced fund (CBLAX) | A | Int./Div. | J | T | | | | | |
| 37. | | | | | Buy | 01/10/19 | J | | |
| 38. | | | | | Buy | 02/11/19 | J | | |
| 39. | | | | | Buy | 03/11/19 | J | | |
| 40. | | | | | Buy | 04/10/19 | J | | |
| 41. | | | | | Buy | 05/10/19 | J | | |
| 42. | | | | | Buy | 06/10/19 | J | | |
| 43. | | | | | Buy | 07/10/19 | J | | |
| 44. | | | | | Buy | 08/12/19 | J | | |
| 45. | | | | | Buy | 09/10/19 | J | | |
| 46. | | | | | Buy | 10/10/19 | J | | |
| 47. | | | | | Buy | 11/11/19 | J | | |
| 48. | | | | | Buy | 12/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- PONPX PIMCO Income Fund was shown on 2018 report as PONAX. During 2019, the fund company had a share class conversion changing this to an institutional share as PONPX.
- SPS NQ account was not reported in the 2018 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Poplin Debra**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544